**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



## ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:        Harris County Appraisal District v. PXP Aircraft, LLC

Appellate case number:     01-17-00793-CV

Trial court case number:    2016-34309

Trial court:              189th District Court of Harris County


     Appellant's motion for en banc reconsideration is **denied**.


Justice's signature:    */s/ Richard Hightower*
                        Acting for the Court

The court en banc consists of Chief Justice Radack and Justices Keyes, Higley, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss.

Date:  April 9, 2019